IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division



| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>NASSER LATIF,<br>    a.k.a. "John Latif,"<br><br>Defendant. | Criminal No. 1:20-CR-1<br><br>Count 1:<br>21 U.S.C. §§ 802(32), 813, 841(a)(1), 846<br>Conspiracy to Distribute Controlled Substances and Controlled Substance Analogues<br><br>Count 2:<br>21 U.S.C. §§ 802(32), 813, 841(a)(1)<br>Possession With Intent to Distribute Controlled Substances and Controlled Substance Analogues<br><br>Forfeiture Notice: 21 U.S.C. § 853 |

## CRIMINAL INFORMATION

### COUNT ONE

*Conspiracy to Distribute Controlled Substances and Controlled Substance Analogues*

THE UNITED STATES ATTORNEY CHARGES THAT:

Between at least in and around November 2016 and December 2017, the exact dates being unknown, within the Eastern District of Virginia, the defendant, NASSER LATIF, a.k.a. "John Latif," did unlawfully, knowingly, and intentionally combine, conspire, confederate, and agree with other persons, both known and unknown, to unlawfully, knowingly, and intentionally distribute Schedule I controlled substances and controlled substances analogues, that is, synthetic cannabinoids, commonly referred to as "spice" or "K2," in violation of Title 21, United States Code, Sections 841(a)(1), 813, and 802(32).

(In violation of Title 21, United States Code, Section 846)

## COUNT TWO

*Possession with Intent to Distribute Controlled Substances
and Controlled Substance Analogues*

THE UNITED STATES ATTORNEY FURTHER CHARGES THAT:

On or about December 13, 2017, in the Eastern District of Virginia, the defendant, NASSER LATIF, a.k.a. "John Latif," did knowingly and intentionally possess with intent to distribute Schedule I controlled substances and controlled substance analogues, that is, synthetic cannabinoids, commonly referred to as "spice" or "K2."

(In violation of Title 21, United States Code, Sections 841(a)(1), 813, and 802(32))

## FORFEITURE NOTICE

THE UNITED STATES ATTORNEY FURTHER FINDS THAT:

Upon conviction of one or more of the controlled substance offenses alleged in Counts 1 and 2 of the Information, the defendant, NASSER LATIF, a.k.a. "John Latif," shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853(a), any property constituting, or derived from, any proceeds the defendant obtained, directly or indirectly, as the result of such violation; and any of the defendant's property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violations.

(Pursuant to Title 21, United States Code, Section 853 and Fed. R. Crim. P. 32.2(a).)

G. Zachary Terwilliger
United States Attorney

By: *[signature]*
Katherine E. Rumbaugh
Bibeane Metsch
Assistant United States Attorneys